# 830    CASES REPORTED WITH BRIEF SYLLABI.

BARNET FRIEDMAN, Appellant, v. BERTHA SUCH, Doing Business under the Firm Name and Style of SUCH BARGAIN HOUSE, Respondent.— Order relieving defendant from default in payment of installment due upon judgment, and permitting her to make such payment after its due date, and vacating execution, reversed upon the law, with ten dollars costs and disbursements, and motion denied and stay of execution vacated, with ten dollars costs. The stipulation provided, in substance, that if installment payments should not be made when due, plaintiff should be at liberty to enforce payment of the full amount remaining due upon the judgment. Time was clearly made the essence of the stipulation, and the court was without power to compel plaintiff to accept payment of the installment after its due date. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

ANNA FUNKE, Respondent, v. MAE HAUSER, Appellant.— Judgment and order of the County Court of Nassau county, affirming judgment of the City Court of the city of Long Beach, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

WILLIAM R. HARMON, Appellant, v. THE ROBERT GRAVES COMPANY, Respondent.— Order denying motion for bill of particulars, in so far as appealed from, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The defendant has seen fit to plead an affirmative defense of justification for plaintiff's discharge, and also a defense of fraudulent representations made by plaintiff to secure the contracts of employment. While we are slow to interfere with the discretion of the Special Term in granting or refusing particulars, in this instance we think a case is presented where, to prevent surprise, to limit and define the issues and to insure a fair trial, plaintiff is entitled to the information asked for. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur. Settle order upon notice.

WILLIAM B. HILL, Respondent, v. LOUIS GOLD and STATEN ISLAND ESTATES, INC., Appellants.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

LYNNE ARTHUR HOAG, Respondent, v. HUDSON RIVER DAY LINE, Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. The complaint states a cause of action for willful misrepresentation. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

HAROLD HORTON, Appellant, v. THE PENNSYLVANIA EXCHANGE BANK, Respondent.— The decision of this court, handed down on Friday, February 25, 1927,[*] is amended so as to read as follows: Upon reargument, order granting defendant's motion for judgment on the pleadings modified by adding thereto a provision granting leave to plaintiff to serve an amended complaint within twenty days after service of order made upon this decision, upon payment of costs to date; and as so modified the order is affirmed, without costs. In the event that plaintiff complies with the terms of said modification, and serves said amended complaint, the judgment appealed from is vacated, without costs. In default of compliance with said conditions, the order and judgment appealed from are affirmed, with costs. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

---

* See *ante,* p. 802 [REP.